3961 (Rev. 01-11)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

ANDY DILLON
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Allyn Brough
9194 Copper Ridge Dr
Davison, MI 48380

Case 12-31336
Chapter 13
Hon. Daniel S. Opperman

Debtor

# WITHDRAWAL OF REQUEST FOR PAYMENT OF AMENDED PRIORITY EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws their request for payment of amended priority expense claim (16-2) in the amount of $5,260.68, dated herein on 10/11/12.

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy

3961 (Rev. 01-11)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

RICK SNYDER
GOVERNOR

ANDY DILLON
STATE TREASURER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Allyn Brough
9194 Copper Ridge Dr
Davison, MI 48380

Case 12-31336
Chapter 13
Hon. Daniel S. Opperman

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF AMENDED UNSECURED EXPENSE

The State of Michigan, Department of Treasury, hereby withdraws their request for payment of amended unsecured expense claim (16-2) in the amount of $1,266.25, dated herein on 10/11/12.

Sandra M. Braun
Departmental Technician
Office of Collections/Bankruptcy